UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. **DECISION AND ORDER**
 09-CR-218S

MAO LIAN LIN

                     Defendant.

1. On July 7, 2009, the Defendant entered into a written plea agreement (Docket No. 10) and pled guilty to a One Count Information (Docket No. 6) charging a violation of Title 8, U.S.C. Section 1326(a) and (b)(1) (Attempted Illegal Re-Entry after Deportation/Removal).

2. On July 7, 2009, the Honorable Hugh B. Scott, United States Magistrate Judge, filed a Report and Recommendation (Docket No.12) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4. This Court has carefully reviewed *de novo* Judge Scott's Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Scott's Report and Recommendation, and will accept Judge Scott's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Scott's Report and Recommendation (Docket No. 12) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Mao Lian Lin is accepted, and he is now adjudged guilty of Title 8, U.S.C. Section 1326(a) and (b)(1).

SO ORDERED.

Dated: August 7 , 2009
       Buffalo, New York

                                      /s/William M. Skretny
                                      WILLIAM M. SKRETNY
                                   United States District Judge